1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

8

9

10

11

12

13

14

CHARLES CASTON,                          )
                                         )
                    Plaintiff,           )          2:07-cv-0180-RCJ-RJJ
                                         )
 v.                                      )
                                         )
SCREEN ACTORS GUILD, *et al.*,           )          O R D E R
                                         )
                    Defendants.          )
_____ )

15

16

17

18

19

20

21

22

23

24

25

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered May 20, 2007. (# 7.)  No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered May 20, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (# 7) be affirmed and adopted, and the Complaint be dismissed with prejudice.

DATED: July 9, 2007

_____
ROBERT C. JONES
United States District Judge